UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

9252-8595 QUEBEC INC.,           )
                                )
          Plaintiff,        )
                                )
v.                         )     **JUDGMENT**
                                )     No. 5:15-CV-289-D
                                )
LOYAL FRIEND PET CO. INC.,     )
                                )
          Defendant.      )


**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that final judgment is entered in favor of Plaintiff 9252-8595 Quebec Inc. on Counts I-III of Plaintiff's Complaint for violations of 15 U.S.C. §1125(a) and N.C. Gen. Stat. §§ 75-1.1 *et seq.* against Defendant Loyal Friend Pet Co. Inc.


**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, within 10 court days of service of this Order on Defendant, Defendant shall send by Federal Express or UPS to counsel for Plaintiff, Donald R. Pocock, Nelson Mullins Riley & Scarborough LLP, 380 Knollwood Street, Suite 530, Winston-Salem, NC 27103, the following items for seizure and impoundment: (a.) all infringing products, labels, catalogs, signs, prints, packages, wrappers, receptacles, advertisements, Internet websites, and any other infringing tangible items in the possession of Defendant; and (b.) an inventory sheet identifying each item being delivered to counsel for Plaintiff for impoundment.


**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the case is exceptional and awards Plaintiff reasonable costs and attorneys' fees up to and through the date of final judgment. Within 14 days after entry of judgment, Plaintiff shall submit one or more affidavits regarding costs and attorneys' fees for further consideration by the Court.


**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court retains jurisdiction over this action for the purpose of enforcing the judgment and permanent injunction against Defendant.

**This Judgment Filed and Entered on December 2, 2015, and Copies To:**

Donald R. Pocock (via CM/ECF electronic notification)

Loyal Friend Pet Co. Inc (via U.S. Mail to: 86 Northfield Ave. Edison, NJ 08837)

DATE                                         **JULIE RICHARDS JOHNSTON, CLERK**

December 2, 2015                             By:    /s/ Crystal Jenkins

                                                    Deputy Clerk