UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| 9252-8595 QUEBEC INC., )<br>        Plaintiff, )<br>        )<br>V. )<br>        )<br>LOYAL FRIEND PET CO. INC, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:15-cv-289-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that in addition to the relief previously awarded to the Plaintiff in the Court's December 2, 2015 Judgment, the Plaintiff shall have and recover of the Defendant costs totaling $721.80 and attorneys' fees totaling $23,393.50 plus interest at the legal rate from the date of entry of this Order.

**This Judgment Filed and Entered on October 21, 2016, and Copies To:**

Donald R. Pocock                                                       (via CM/ECF Notice of Electronic Filing)

DATE:                                                    JULIE RICHARDS JOHNSTON, CLERK

October 21, 2016                             (By) /s/ Nicole Briggeman
                                                             Deputy Clerk